UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ) Case No.: 23-51663
)
GEORGETTE E. CORREA ) Judge: _____
)
_____ ) Chapter: 7

Debtor(s)

## AMENDMENT

PLEASE ADD THE FOLLOWING CREDITORS:

1. AFFIRM, 650 CALIFORNIA STREET, 12TH FL., SAN FRANCISCO, CA 94108

2. EAGLES TRACE APARTMENTS, ONE LAKESIDE RD., GREENVILLE, S.C. 29611

3. EASTERN ACCOUNT SYSTEMS OF CONNECTICUT, INC. 111 PARK RIDGE RD., BROOKFIELD, CT 06804

Dated: 2-27-23    Signature(s): /s/ Georgette Correa

Printed Name(s): GEORGETTE E. CORREA

Address: 1404 VININGS PARKWAY
SMYRNA, GA 30080

Phone: 678-571-7712

Fill in this information to identify your case:

Debtor 1: Georgette Elizabeth Correa

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: _____ District of _____

Case number (If known): _____

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **Affirm** (Priority Creditor's Name)<br>650 California St<br>12th Floor<br>San Francisco, CA 94108<br>Who incurred the debt? Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | Last 4 digits of account number G G J T<br>When was the debt incurred? 10/06/2022<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>Type of PRIORITY unsecured claim:<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify _____ | $600.00 | $ | $ |
| 2.2 | **Eagles Trace** (Priority Creditor's Name)<br>1 Lakeside Rd<br>Greenville, SC 29611<br>Who incurred the debt? Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | Last 4 digits of account number ____<br>When was the debt incurred? 06/01/2019<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>Type of PRIORITY unsecured claim:<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify _____ | $1,600.00 | $ | $ |

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1 of 2

Debtor 1  **Georgette Elizabeth Correa**
First Name   Middle Name   Last Name

Case number (if known) **23-51663 (AMENDMENT)**

**Part 1:   Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |

**2.3**

Eastern Account Systems of Connecticut, Inc.
Priority Creditor's Name

111 Park Ridge Rd.
Number    Street

Brookfield    CT    06804
City    State    ZIP Code

Last 4 digits of account number  **#36915251**  (x6 15251)

$ **160**    $ _____    $ _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Priority Creditor's Name _____

Number    Street _____

City    State    ZIP Code _____

Last 4 digits of account number ___ ___ ___ ___    $ _____    $ _____    $ _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Priority Creditor's Name _____

Number    Street _____

City    State    ZIP Code _____

Last 4 digits of account number ___ ___ ___ ___    $ _____    $ _____    $ _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor 1  **Georgette Elizabeth Correa** _____  Case number (if known)_____
         First Name    Middle Name    Last Name

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Number  Street | Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims |
|  | ❏ Part 2: Creditors with Nonpriority Unsecured Claims |
| City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Number  Street | Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims |
|  | ❏ Part 2: Creditors with Nonpriority Unsecured Claims |
| City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Number  Street | Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims |
|  | ❏ Part 2: Creditors with Nonpriority Unsecured Claims |
| City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Number  Street | Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims |
|  | ❏ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1  Georgette Elizabeth Correa                       Case number (if known)_____
         First Name   Middle Name   Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|  | Total claim |
|---|---|
| 6a. Domestic support obligations | 6a. $_____ |
| 6b. Taxes and certain other debts you owe the government | 6b. $_____ |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. $_____ |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + $_____ |
| 6e. Total. Add lines 6a through 6d. | 6e. $_____ |

**Total claims from Part 2**

|  | Total claim |
|---|---|
| 6f. Student loans | 6f. $_____ |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $_____ |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $_____ |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $_____ |
| 6j. Total. Add lines 6f through 6i. | 6j. $_____ |

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

Fill in this information to identify your case:

Debtor 1: GEORGETTE ELIZABETH CORREA

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: _____ District of _____

Case number: 23-51663 (If known)

☑ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* .................... $ 0.00
   1b. Copy line 62, Total personal property, from *Schedule A/B* .................... $ 9,955.28
   1c. Copy line 63, Total of all property on *Schedule A/B* .................... $ 9,955.28

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of Schedule D .................... $ 7,836.99

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .................... $ 16,737.69
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* .................... + $ 17,716.00

   **Your total liabilities** $ 42,290.68

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* .................... $ 3,500.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* .................... $ 4,238.00

Debtor 1 **GEORGETTE ELIZABETH CORREA**   Case number (if known) **23-51663**
First Name   Middle Name   Last Name

## Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑ Yes

**7. What kind of debt do you have?**

☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.    $ **3,500.00**

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

**Total claim**

From Part 4 on *Schedule E/F*, copy the following:

9a. Domestic support obligations (Copy line 6a.)    $ **0.00**

9b. Taxes and certain other debts you owe the government. (Copy line 6b.)    $ **0.00**

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)    $ **0.00**

9d. Student loans. (Copy line 6f.)    $ **17,716.00**

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)    $ **0.00**

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    + $ **0.00**

9g. **Total.** Add lines 9a through 9f.    $ **17,716.00**

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 2 of 2

## LIST OF CREDITORS

| | |
|---|---|
| The debtor must provide and maintain a complete List of Creditors reflecting names and addresses only of all creditors. This list is used to mail notices to creditors. Lack of proper notice may result in no discharge of a debt owed. | **Guidelines:**<br>• Creditor name and mailing address ONLY<br>• Enter one creditor per box<br>• Creditor's name must be on the first line<br>• City, state and zip code must be on the last line<br>• No more than five lines of information per creditor<br>• Do NOT include: account numbers, phone numbers or amounts owed |
| AFFIRM<br>650 CALIFORNIA ST.<br>12TH FLR.<br>SAN FRANCISCO, CA 94108 | |
| EAGLES TRACE APARTMENTS<br>ONE LAKESIDE RD.<br>GREENVILLE, SC 29611 | |
| EASTERN ACCOUNT SYSTEMS<br>OF CONNECTICUT, INC.<br>111 PARK RIDGE RD.<br>BROOKFIELD, CT 06804 | |
| | |
| | |
| | |
| | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ) Case No: 23-51663
GEORGETTE E. CORREA )
) Chapter 7
)
)
Debtor(s)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 27th day of FEBRUARY, 2023 I served a copy of the AMENDMENT which was filed in this bankruptcy matter on the 27th day of FEBRUARY, 2023

Mode of service (check one):  ___ MAILED   ✓ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

S. GREGORY HAYS
Trustee                                Creditor
HAYS FINANCIAL CONSULTING, LLC
Address                                Address
SUITE 555
2964 PEACHTREE ROAD
ATLANTA, GA 30305

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: 2-27-23      Signature: [signed]

Printed Name: GEORGETTE ELIZABETH CORREA

Address: 1404 VININGS PARKWAY
SMYRNA, GA 30080

Phone: 678.571.7712