UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ) Case No.: 23-51663
GEORGETTE E. CORREA )
) Chapter: 7
)

Debtor(s)

MOTION TO VACATE DISMISSAL.
I WILL MAKE THE PAYMENT
ONLINE BY MONDAY, MARCH 13, 2023.

Dated: MARCH 10, 2023    Signature: *[signature]*

Printed Name: GEORGETTE E. CORREA

Address: 1404 VININGS PKWY
SMYRNA, GA 30080

Phone: 678-571-7712

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: __GEORGETTE CORREA__   Case No: __23-51663__
)
_____   )   Chapter __7__
)
)
Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the __10TH__ day of __MARCH__, 20__23__ I served a copy of __MOTION TO VACATE DISMISSAL__ which was filed in this bankruptcy matter on the __10TH__ day of __MARCH__, 20__23__

Mode of service (check one):   ☑ MAILED (EMAIL)   ☐ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):
__S. GREGORY HAYS__

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __Mar. 10, 2023__   Signature: __[signature]__

Printed Name: __GEORGETTE E. CORREA__

Address: __1404 VININGS PKWY__
__SMYRNA, GA 30080__
__678-571-7712__

Phone:

(Generic Certificate of Service – Revised 4/13)