**IT IS ORDERED as set forth below:**



**Date: March 13, 2023**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
| GEORGETTE ELIZABETH CORREA, | : | 23-51663-LRC |
| Debtor. | : | IN PROCEEDINGS UNDER CHAPTER 7 OF THE BANKRUPTCY CODE |

## ORDER AND NOTICE OF HEARING

Before the Court is Debtor's *Motion to Vacate Dismissal Order* (the "Motion") (Doc. 16).

NOTICE IS HEREBY GIVEN that a **telephonic hearing** on the Motion will be held on **April 13, 2023, at 10:15 a.m.** in Courtroom 1204, U.S. Courthouse and

Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303;

NOTICE IS GIVEN that any party may join the hearing by calling 833-568-8864 and entering access code 161 346 1602 followed by # key;

IT IS ORDERED that, pursuant to BLR 5073-1, all parties are prohibited from recording or broadcasting the proceedings conducted by the United States Bankruptcy Court.

## END OF DOCUMENT

**Distribution List**

**All parties on the Court's Mailing Matrix.**