**IT IS ORDERED as set forth below:**



**Date: April 20, 2023**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
|  | : |  |
| GEORGETTE ELIZABETH CORREA, | : | 23-51663-LRC |
| f/k/a Georgette Elizabeth Starks, | : |  |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

## O R D E R

For good cause shown and no objections having been filed or raised at the hearing held on April 13, 2023, the Debtor's *Motion to Reconsider Order of Dismissal* (Doc. 16) is **GRANTED**. Accordingly**,**

IT IS ORDERED that the Order Dismissing Case (Doc. 15), entered March 9, 2023, is hereby **VACATED**, and the case is reinstated.

**END OF DOCUMENT**

**Distribution List**

**All parties on the Court's Mailing Matrix**